UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION

| | | |
|---|---|---|
| In Re: | § | |
| | § | |
| Pinto Pony Cookie Factory, LLC | § | Case No. 16-90031 |
| | § | |
| Debtor | § | |

# TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 02/04/2016. The undersigned trustee was appointed on 02/04/2016.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

| | | |
|---|---|---|
| 4. The trustee realized gross receipts of | $ | 95,754.15 |
| Funds were disbursed in the following amounts: | | |
| Payments made under an interim disbursement | | 0.00 |
| Administrative expenses | | 3,567.17 |
| Bank service fees | | 1,645.53 |
| Other payments to creditors | | 0.00 |
| Non-estate funds paid to 3rd Parties | | 0.00 |
| Exemptions paid to the debtor | | 0.00 |
| Other payments to the debtor | | 0.00 |
| Leaving a balance on hand of[1] | $ | 90,541.45 |

The remaining funds are available for distribution.

---
[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 06/29/2016 and the deadline for filing governmental claims was 09/27/2016 . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 8,037.71 . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $ 0.00 as interim compensation and now requests a sum of $ 8,037.71 , for a total compensation of $ 8,037.71 [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 75.90 , for total expenses of $ 75.90 [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 10/22/2018           By:/s/JASON R. SEARCY
                                            Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit A

| Case No: | 16-90031 | BP | Judge: | Bill Parker | Trustee Name: | JASON R. SEARCY |
|---|---|---|---|---|---|---|
| Case Name: | Pinto Pony Cookie Factory, LLC | | | | Date Filed (f) or Converted (c): | 02/04/2016 (f) |
| | | | | | 341(a) Meeting Date: | 03/18/2016 |
| For Period Ending: | 10/22/2018 | | | | Claims Bar Date: | 06/29/2016 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Texas Bank Checking Acct #7503 | 1.00 | 0.00 | | 0.00 | FA |
| 2. Austin Bank Checking Acct. #3686 | 0.00 | 0.00 | | 0.00 | FA |
| 3. Saleable goods | 1,000.00 | 0.00 | OA | 0.00 | FA |
| 4. Gift Baskets, cookies | 8,500.00 | 0.00 | OA | 0.00 | FA |
| 5. Office equipment, furnishings and supplies | 494.00 | 494.00 | OA | 0.00 | FA |
| 6. Equipment @ 102 E. Columbia, San Augustine, TX | 97,195.00 | 0.00 | OA | 0.00 | FA |
| 7. Equipment @ 114 N Harrison, San Augustine, TX | 370,824.00 | 0.00 | OA | 0.00 | FA |
| 8. Equipment @ 110 N. Harrison, San Augustine, Texas | 9,341.00 | 0.00 | OA | 0.00 | FA |
| 9. Equipment @ 96 Property (20 acres with house | 20,550.00 | 0.00 | OA | 0.00 | FA |
| 10. Equipment - broken | 1,500.00 | 0.00 | OA | 0.00 | FA |
| 11. Equipment at Best Oven, Houston, TX | 6,000.00 | 0.00 | OA | 0.00 | FA |
| 12. 102 E. Columbia St., San Augustine, TX | 337,400.00 | 0.00 | OA | 0.00 | FA |
| 13. 114 N. Harrison, San Augustine, TX | 230,000.00 | 0.00 | OA | 0.00 | FA |
| 14. Hwy 96 Land & House, San Augustine, TX | 267,000.00 | 0.00 | OA | 0.00 | FA |
| 15. 110 N. Harrison, San Augustine, TX | 140,000.00 | 0.00 | OA | 0.00 | FA |
| 16. Internet domain name www.pintopony.com | Unknown | 0.00 | OA | 0.00 | FA |
| 17. Cookie recipe owned by Tom and Samye Johnson | Unknown | 0.00 | OA | 0.00 | FA |
| 18. Lincoln National Life Insurance Co-Term Life Policy 2361 | 1.00 | 0.00 | OA | 0.00 | FA |
| 19. Lincoln National Life Insurance Co-Term Life Policy 2366 | 1.00 | 0.00 | OA | 0.00 | FA |
| 20. Case 916-cv-00149-RC, Searcy vs State Automobile Insurance C | 1,000,000.00 | 0.00 | | 88,571.56 | FA |
| 21. Unknown assoc of Mike Jackson has made deal (see notes) | Unknown | 0.00 | | 0.00 | FA |
| 22. Checks turned over from prior sales (u) | 0.00 | 170.11 | | 170.11 | FA |
| 23. Unused proceeds from casualty insurance proceeds (u) | 0.00 | 7,012.48 | | 7,012.48 | FA |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit A

| | | | | | |
|---|---|---|---|---|---|
| Case No: | 16-90031 BP | Judge: Bill Parker | | Trustee Name: | JASON R. SEARCY |
| Case Name: | Pinto Pony Cookie Factory, LLC | | | Date Filed (f) or Converted (c): | 02/04/2016 (f) |
| | | | | 341(a) Meeting Date: | 03/18/2016 |
| For Period Ending: | 10/22/2018 | | | Claims Bar Date: | 06/29/2016 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| INT. Interest Income - accounts do not bear interest (u) | 0.00 | N/A | | 0.00 | FA |

Gross Value of Remaining Assets
TOTALS (Excluding Unknown Values) $2,489,807.00 $7,676.59 $95,754.15 $0.00
(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Objections to claims completed, awaiting orders. Once received, Searcy fee application will be filed.
6-19-17 - Claims review will be necessary and objections will be filed.
4-6-17 -Order Granting Mtn to Approve Compromise Settlement agreement re: Searcy v State Automobile Insurance Co. - Settlement funds have been received.

| | | | |
|---|---|---|---|
| RE PROP # | 2 | -- | Account is reflected as overdrawn ($980.00). |
| RE PROP # | 3 | -- | 8-17-16 - Order Authorizing Abandonment Dkt. #27 |
| RE PROP # | 4 | -- | 8-17-16 - Order Authorizing Abandonment Dkt. #27<br>Perishables - expired |
| RE PROP # | 5 | -- | 8-17-16 - Order Authorizing Abandonment Dkt. #27 |
| RE PROP # | 6 | -- | 8-17-16 - Order Authorizing Abandonment Dkt. #27 |
| RE PROP # | 7 | -- | 8-17-16 - Order Authorizing Abandonment Dkt. #27 |
| RE PROP # | 8 | -- | 8-17-16 - Order Authorizing Abandonment Dkt. #27 |
| RE PROP # | 9 | -- | 8-17-16 - Order Authorizing Abandonment Dkt. #27 |
| RE PROP # | 10 | -- | 8-17-16 - Order Authorizing Abandonment Dkt. #27 |
| RE PROP # | 11 | -- | 8-17-16 - Order Authorizing Abandonment Dkt. #27 |
| RE PROP # | 12 | -- | 8-17-16 - Order Authorizing Abandonment Dkt. #27<br>Tara Smith hired as realtor to sell (936) 671-0200 |
| RE PROP # | 13 | -- | 8-17-16 - Order Authorizing Abandonment Dkt. #27<br>Tara Smith hired as realtor to sell (936) 671-0200 |
| RE PROP # | 14 | -- | 8-17-16 - Order Authorizing Abandonment Dkt. #27<br>Tara Smith hired as realtor to sell (936) 671-0200 |
| RE PROP # | 15 | -- | 8-17-16 - Order Authorizing Abandonment Dkt. #27<br>Tara Smith hired as realtor to sell (936) 671-0200 |
| RE PROP # | 16 | -- | 8-17-16 - Order Authorizing Abandonment Dkt. #27 |
| RE PROP # | 17 | -- | 8-17-16 - Order Authorizing Abandonment Dkt. #27<br>Tom and Samye Johnson also own all rights to Pinto Pony logo and Pinto Pony trademark which Debtor has been allowed to use. |
| RE PROP # | 18 | -- | 8-17-16 - Order Authorizing Abandonment Dkt. #27 |
| RE PROP # | 19 | -- | 8-17-16 - Order Authorizing Abandonment Dkt. #27 |
| RE PROP # | 20 | -- | U.S. District Court for the EDTX, Lufkin Division<br>Attorney, Jeff Bates in Nacogdoches, TX - Trustee will seek to employ as special counsel. (936) 560-6954; Fax (036) 560-5996, bates@gbhattorneys.com |
| RE PROP # | 21 | -- | Hwy 96 property abandoned by Order dated 8-17-16.<br>Unknown associate of Mike Jackson has made deal with Mike Jackson to run livestock on the Hwy 96 property. The land belongs to Pinto Pony Cookie Factory, LLC |
| RE PROP # | 22 | -- | Checks were turned over by Steve Zayler on behalf of Debtor. Checks were written for sales in December 2015 and January 2016. |
| RE PROP # | 23 | -- | Austin Bank applied the $11,001.61 of the casualty insurance proceeds to a final payment on the note. Deposit in the unused proceeds payable to the estate. |
| RE PROP # | 9999 | -- | Estate accounts do not bear interest income |

Exhibit A

Initial Projected Date of Final Report (TFR): 12/31/2017    Current Projected Date of Final Report (TFR): 12/31/2018

## FORM 2
### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No: 16-90031  
Case Name: Pinto Pony Cookie Factory, LLC  
Taxpayer ID No: XX-XXX2782  
For Period Ending: 10/22/2018  

Trustee Name: JASON R. SEARCY  
Bank Name: First National Bank of Vinita  
Account Number/CD#: XXXXXX1880  
Checking  
Blanket Bond (per case limit): $300,000.00  
Separate Bond (if applicable):  

Exhibit B

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 03/31/16 | 22 | Jennie L. Phillips<br>P.O. Box 816<br>Center, TX 75935 | Check turned over from Debtor from prior sales<br>Check turned over by Steve Zayler on behalf of Debtor | 1229-000 | $21.08 | | $21.08 |
| 03/31/16 | 22 | Leslie M. Adkins<br>634 State Hwy 147 North<br>San Augustine, TX 75972 | heck turned over from Debtor from prior sales<br>Check turned over by Steve Zayler on behalf of Debtor | 1229-000 | $10.81 | | $31.89 |
| 03/31/16 | 22 | Johnny & Stacey Garrett<br>P.O. Box 252<br>San Augustine, TX 75972 | heck turned over from Debtor from prior sales<br>Check turned over by Steve Zayler on behalf of Debtor | 1229-000 | $10.37 | | $42.26 |
| 03/31/16 | 22 | Mr. or Mrs. R.N. McEachern<br>264 FM 2218<br>P.O. Box 444<br>San Augustine, TX 75972 | heck turned over from Debtor from prior sales<br>Check turned over by Steve Zayler on behalf of Debtor | 1229-000 | $76.89 | | $119.15 |
| 03/31/16 | 22 | Twin Lakes Rehabilitation & Care Center<br>451 S. El Camino Crossing<br>San Augustine, TX 75972 | heck turned over from Debtor from prior sales<br>Check turned over by Steve Zayler on behalf of Debtor | 1229-000 | $50.96 | | $170.11 |
| 05/04/17 | 20 | State Auto Insurance Companies<br>Morgan Insurance Agency, LTD<br>3708 S. Medford Dr.<br>Lufkin, TX 75901-5752 | Searcy v State Auto Adversary Settlement | 1149-000 | $88,571.56 | | $88,741.67 |
| 06/07/17 | | First National Bank of Vinita | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $82.08 | $88,659.59 |
| 07/10/17 | | First National Bank of Vinita | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $91.11 | $88,568.48 |
| 08/07/17 | | First National Bank of Vinita | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $94.06 | $88,474.42 |
| 08/24/17 | 23 | Austin Bank | Unused proceeds for casualty insurance proceeds | 1229-000 | $7,012.48 | | $95,486.90 |
| 09/08/17 | | First National Bank of Vinita | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $95.63 | $95,391.27 |

UST Form 101-7-TFR (5/1/2011) *(Page: 6)*  Page Subtotals:  $95,754.15  $362.88

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| Case No: | 16-90031 | Trustee Name: | JASON R. SEARCY |
|---|---|---|---|
| Case Name: | Pinto Pony Cookie Factory, LLC | Bank Name: | First National Bank of Vinita |
| | | Account Number/CD#: | XXXXXX1880 |
| | | | Checking |
| Taxpayer ID No: | XX-XXX2782 | Blanket Bond (per case limit): | $300,000.00 |
| For Period Ending: | 10/22/2018 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 10/06/17 | | First National Bank of Vinita | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $98.03 | $95,293.24 |
| 11/07/17 | | First National Bank of Vinita | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $101.18 | $95,192.06 |
| 12/07/17 | | First National Bank of Vinita | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $97.82 | $95,094.24 |
| 01/08/18 | | First National Bank of Vinita | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $100.98 | $94,993.26 |
| 02/07/18 | | First National Bank of Vinita | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $100.87 | $94,892.39 |
| 03/07/18 | | First National Bank of Vinita | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $91.01 | $94,801.38 |
| 04/06/18 | | First National Bank of Vinita | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $100.66 | $94,700.72 |
| 05/07/18 | | First National Bank of Vinita | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $97.32 | $94,603.40 |
| 06/07/18 | | First National Bank of Vinita | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $100.46 | $94,502.94 |
| 07/09/18 | | First National Bank of Vinita | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $97.11 | $94,405.83 |
| 08/07/18 | | First National Bank of Vinita | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $100.25 | $94,305.58 |
| 09/10/18 | | First National Bank of Vinita | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $100.14 | $94,205.44 |

Page Subtotals: $0.00 $1,185.83

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

Case No: 16-90031  
Case Name: Pinto Pony Cookie Factory, LLC  
Taxpayer ID No: XX-XXX2782  
For Period Ending: 10/22/2018  

Trustee Name: JASON R. SEARCY  
Bank Name: First National Bank of Vinita  
Account Number/CD#: XXXXXX1880  
Checking  
Blanket Bond (per case limit): $300,000.00  
Separate Bond (if applicable):  

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 09/24/18 | 101 | Searcy & Searcy, P.C.<br>P.O. Box 3929<br>Longview, Texas 75606 | Order dated 9-21-18, Dkt. #77<br>Attorney for Trustee Fees | 3110-000 | | $2,860.00 | $91,345.44 |
| 09/24/18 | 102 | Searcy & Searcy, P.C.<br>P.O. Box 3929<br>Longview, Texas 75606-3929 | Order dated 9-21-18, Dkt. #77<br>Attorney for Trustee Expenses | 3120-000 | | $707.17 | $90,638.27 |
| 10/05/18 | | First National Bank of Vinita | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $96.82 | $90,541.45 |

|  |  |  |
|---|---:|---:|
| COLUMN TOTALS | $95,754.15 | $5,212.70 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $95,754.15 | $5,212.70 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $95,754.15 | $5,212.70 |

UST Form 101-7-TFR (5/1/2011) *(Page: 8)*  Page Subtotals: $0.00  $3,663.99

Exhibit B

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX1880 - Checking | $95,754.15 | $5,212.70 | $90,541.45 |
| | $95,754.15 | $5,212.70 | $90,541.45 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $95,754.15 |
| Total Gross Receipts: | $95,754.15 |

TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 16-90031
Case Name: Pinto Pony Cookie Factory, LLC
Trustee Name: JASON R. SEARCY

Balance on hand $ 90,541.45

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 7 | Texas Workforce Commission | $ 2,495.82 | $ 2,495.82 | $ 0.00 | $ 2,495.82 |

Total to be paid to secured creditors $ 2,495.82

Remaining Balance $ 88,045.63

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: JASON R. SEARCY | $ 8,037.71 | $ 0.00 | $ 8,037.71 |
| Trustee Expenses: JASON R. SEARCY | $ 75.90 | $ 0.00 | $ 75.90 |
| Attorney for Trustee Fees: SEARCY & SEARCY | $ 2,860.00 | $ 2,860.00 | $ 0.00 |
| Attorney for Trustee Expenses: SEARCY & SEARCY | $ 707.17 | $ 707.17 | $ 0.00 |

Total to be paid for chapter 7 administrative expenses $ 8,113.61

Remaining Balance $ 79,932.02

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 68,721.39 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 2 | Internal Revenue Service | $ 67,308.85 | $ 0.00 | $ 67,308.85 |
| 15 | Texas Comptroller Of Public Accounts | $ 1,412.54 | $ 0.00 | $ 1,412.54 |

| | |
|---|---|
| Total to be paid to priority creditors | $ 68,721.39 |
| Remaining Balance | $ 11,210.63 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 437,286.42 have been allowed and will be paid *pro* *rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 2.6 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 2A | INTERNAL REVENUE SERVICE | $ 657.41 | $ 0.00 | $ 16.85 |
| 3 | La Crosse Milling Company | $ 2,244.00 | $ 0.00 | $ 57.53 |
| 8 | Dell Financial Services, LLC | $ 4,440.57 | $ 0.00 | $ 113.84 |
| 9 | Harris Leasing Co. | $ 169,775.34 | $ 0.00 | $ 4,352.50 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 10 | Texas Mutual Insurance Co. | $ 0.00 | $ 0.00 | $ 0.00 |
| 13 | American Infosource Lp As Agent For | $ 157.62 | $ 0.00 | $ 4.04 |
| 15A | Texas Comptroller Of Public Accounts | $ 49.37 | $ 0.00 | $ 1.27 |
| 16 | Michael Jackson | $ 259,962.11 | $ 0.00 | $ 6,664.60 |

|  |  |
|---|---|
| Total to be paid to timely general unsecured creditors | $ 11,210.63 |
| Remaining Balance | $ 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE